## DICKERSON et al. v. STATE.
### No. 17746.

Court of Criminal Appeals of Texas.
Nov. 13, 1935.

Allan K. Pattillo, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Misdemeanor theft is the offense; penalty assessed at confinement in the county jail for sixty days.

The evidence heard upon the trial is not brought up for review. In the absence of the facts, we are not in a position to appraise the motion for new trial. Nothing occurring upon the trial has been brought to the attention of this court which would justify interference with the judgment of conviction. It is therefore affirmed.